UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>D-1  LEROY BURCROFF,<br><br>    Defendant.<br>_____/ | Crim. No.<br><br>Hon.<br><br>Viol: 18 U.S.C. § 1343 |

Case: 2:22−cr−20253
Assigned To : Hood, Denise Page
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/13/2022

## INFORMATION

The United States Attorney charges:

### Count 1

(18 U.S.C. § 1343 – *Wire Fraud*)

**D-1  LEROY BURCROFF**

On or about November 11, 2017, in the Eastern District of Michigan, Southern Division, the defendant, **LEROY BURCROFF**, for the purpose of executing a scheme to defraud, did cause to be transmitted by means of wire communication in interstate commerce, a signal and sound involving a $2,428 payment to the Belleville Yacht Club, from a Comerica Bank checking account entitled, "Committee to Elect LeRoy D. Burcroff."

**BURCROFF** used the scheme to defraud to convince individuals to contribute money to him for the purpose of supporting **BURCROFF's** efforts to be elected as the Mayor of the City of Romulus, Michigan through the Committee to Elect LeRoy D. Burcroff. In truth and in fact, however, **BURCROFF** used over $15,000 of the money contributed to his campaign account for his own personal benefit instead of to benefit the campaign.

All in violation of Title 18, United States Code, Section 1343.

DAWN N. ISON
United States Attorney

EATON P. BROWN
Assistant United States Attorney
United States Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9100
Email: eaton.brown@usdoj.gov
P66003

Dated: May 13, 2022

2

**(Companion Case information MUST be completed by AUSA and initialed.)**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: epb |

**Case Title:** USA v. Leroy Burcroff

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

　　　 Indictment/ ✔ Information --- **no** prior complaint.
　　　 Indictment/＿＿ Information --- based upon prior complaint [**Case number:**     ]
　　　 Indictment/＿＿ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** ＿＿＿＿＿＿＿＿＿＿   **Judge:** ＿＿＿＿＿＿＿＿＿＿

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 13, 2022
Date

Eaton P. Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9184
Fax:     313-226-2311
E-Mail address: eaton.brown@usdoj.gov
Attorney Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.